```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
THOMAS R. GREEN (CABN 203480)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (415) 436-6915
    FAX: (510) 637-3724
    chris.kaltsas2@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZURI OZEOMACHUKWU NJOKU, ) <br> ) <br> Defendant. ) <br> ) | NO. 4:22-mj-71251 MAG <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM NOVEMBER 18, 2022 UNTIL DECEMBER 13, 2022 |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Zuri Ozeomachukwu Njoku that the status conference regarding preliminary hearing currently set for November 18, 2022 be continued until December 13, 2022 at 10:30 a.m. and that time be excluded under Federal Rule of Criminal Procedure 5.1 between those two dates.

At the status conference held on October 11, 2022, the government and counsel for the defendant agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 so that defense counsel could continue to prepare, including by reviewing the discovery to be produced and because of the complexity of the case. The parties stipulate and agree that additional time is needed to review

1  discovery and to discuss potential resolutions of this case. Accordingly, the parties stipulate and agree
2  that there is good cause to exclude time until December 13, 2022, namely, for allowing for the effective
3  preparation of counsel. *See* Fed. R. Crim. P. 5.1(d).
4        The undersigned Assistant United States Attorney certifies that he has obtained approval from
5  counsel for the defendant to file this stipulation and proposed order.

7        IT IS SO STIPULATED.

9  DATED:     November 14, 2022                     /s/
                                                    CHRIS KALTSAS
10                                                  Assistant United States Attorney

11  DATED:    November 14, 2022                     /s/
12                                                  RANDY SUE POLLOCK
                                                    Counsel for Defendant Anthony Dexter Brown Jr.

STIPULATION TO CONTINUE AND EXCLUDE TIME AND ORDER
Case No. 4:22-mj-71251-MAG                                                                v. 7/10/2018

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that continuing the status conference set for November 18, 2022 to December 13, 2022 and excluding that time from computation under Federal Rule of Criminal Procedure 5.1 would benefit counsel in reviewing discovery, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings. Fed. R. Crim. P. 5.1(d). The Court further finds that there is good cause to exclude the time from November 18, 2022 to December 13, 2022 from computation under Federal Rule of Criminal Procedure 5.1. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time November 18, 2022 to December 13, 2022 shall be excluded from computation under Federal Rule of Criminal Procedure 5.1.

IT IS SO ORDERED.

DATED:  November 17, 2022



_____
HONORABLE DONNA M. RYU
United States Magistrate Judge