1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   THOMAS R. GREEN (CABN 203480)
5  Assistant United States Attorneys

6      1301 Clay Street, Suite 340S
       Oakland, California 94612
7      Telephone: (415) 436-6915
       FAX: (510) 637-3724
8      chris.kaltsas2@usdoj.gov

9  Attorneys for United States of America

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:22-mj-71251 MAG |
|     Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM FEBRUARY 9, 2022 UNTIL MARCH 2, 2023 |
|     v. | |
| ZURI OZEOMACHUKWU NJOKU, | |
|     Defendant. | |

      It is hereby stipulated by and between counsel for the United States and counsel for defendant Zuri Ozeomachukwu Njoku that the status conference regarding preliminary hearing currently set for February 9, 2023 be continued until March 2, 2023 at 10:30 a.m. and that time be excluded under Federal Rule of Criminal Procedure 5.1 between those two dates.

      At the status conference held on October 11, 2022, the government and counsel for the defendant agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 so that defense counsel could continue to prepare, including by reviewing the discovery to be produced and because of the complexity of the case. The parties filed, and the Court approved, written stipulations to that effect on

1  November 17, 2022 and December 9, 2022. *See* Dkt. Nos. 29, 33. The parties stipulate and agree that
2  additional time is needed to review additional discovery and to discuss potential resolutions of this case.
3  Accordingly, the parties stipulate and agree that there is good cause to exclude time until March 2, 2023,
4  namely, for allowing for the effective preparation of counsel. *See* Fed. R. Crim. P. 5.1(d).
5     The undersigned Assistant United States Attorney certifies that he has obtained approval from
6  counsel for the defendant to file this stipulation and proposed order.

8     IT IS SO STIPULATED.

10 DATED:   February 6, 2023        /s/
                                    CHRIS KALTSAS
11                                  Assistant United States Attorney

13 DATED:   February 6, 2023        /s/
                                    RANDY SUE POLLOCK
                                    Counsel for Defendant Zuri Ozeomachukwu Njoku

STIPULATION TO CONTINUE AND EXCLUDE TIME AND ORDER
CASE NO. NO. CR 22-71251 MAG                                          V. 7/10/2018

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that continuing the status conference set for February 9, 2023 to March 2, 2023 and excluding that time from computation under Federal Rule of Criminal Procedure 5.1 would benefit counsel in reviewing discovery, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings. Fed. R. Crim. P. 5.1(d). The Court further finds that there is good cause to exclude the time from February 9, 2023 to March 2, 2023 from computation under Federal Rule of Criminal Procedure 5.1. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time February 9, 2023 to March 2, 2023 shall be excluded from computation under Federal Rule of Criminal Procedure 5.1.

IT IS SO ORDERED.

DATED: February 6, 2023



HONORABLE DONNA M. RYU
United States Magistrate Judge