1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CHRIS KALTSAS (NYBN 5460902)
   THOMAS R. GREEN (CABN 203480)
5  Assistant United States Attorneys

6     1301 Clay Street, Suite 340S
      Oakland, California 94612
7     Telephone: (415) 436-6915
      FAX: (510) 637-3724
8     chris.kaltsas2@usdoj.gov

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,              )   NO. 4:22-mj-71251 MAG
                                           )
15         Plaintiff,                      )   STIPULATION AND ORDER TO CONTINUE
                                           )   STATUS CONFERENCE AND EXCLUDE TIME
16      v.                                 )   FROM APRIL 12, 2022 UNTIL APRIL 28, 2023
                                           )
17  ZURI OZEOMACHUKWU NJOKU,               )
                                           )
18         Defendant.                      )
                                           )
19  _____)

20
            It is hereby stipulated by and between counsel for the United States and counsel for defendant
21
    Zuri Ozeomachukwu Njoku that the status conference regarding preliminary hearing currently set for
22
    April 12, 2023 be continued until April 28, 2023 at 10:30 a.m. and that time be excluded under Federal
23
    Rule of Criminal Procedure 5.1 between those two dates.
24
            At the status conference held on October 11, 2022, the government and counsel for the defendant
25
    agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 so that defense counsel
26
    could continue to prepare, including by reviewing the discovery to be produced and because of the
27
    complexity of the case. The parties filed, and the Court approved, written stipulations to that effect, most
28

1  recently on March 8, 2023. *See* Dkt. No. 46. The parties stipulate and agree that additional time is
2  needed to review additional discovery and to discuss potential resolutions of this case. Accordingly, the
3  parties stipulate and agree that there is good cause to exclude time until April 28, 2023, namely, for
4  allowing for the effective preparation of counsel. *See* Fed. R. Crim. P. 5.1(d).

5        The undersigned Assistant United States Attorney certifies that he has obtained approval from
6  counsel for the defendant to file this stipulation and proposed order.

8        IT IS SO STIPULATED.

10 DATED:       April 10, 2023                    /s/
11                                                 CHRIS KALTSAS
                                                   Assistant United States Attorney

13 DATED:       April 10, 2023                    /s/
                                                   RANDY SUE POLLOCK
                                                   Counsel for Defendant Zuri Ozeomachukwu Njoku

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that continuing the status conference set for April 12, 2023 to April 28, 2023 and excluding that time from computation under Federal Rule of Criminal Procedure 5.1 would benefit counsel in reviewing discovery, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings. Fed. R. Crim. P. 5.1(d). The Court further finds that there is good cause to exclude the time from April 12, 2023 to April 28, 2023 from computation under Federal Rule of Criminal Procedure 5.1. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time April 12, 2023 to April 28, 2023 shall be excluded from computation under Federal Rule of Criminal Procedure 5.1.

IT IS SO ORDERED.

DATED: April 10, 2023

IT IS SO ORDERED
Judge Donna M. Ryu

HONORABLE DONNA M. RYU
Chief United States Magistrate Judge