| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | CHRIS KALTSAS (NYBN 5460902)<br>THOMAS R. GREEN (CABN 203480) |
| 5 | Assistant United States Attorneys |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (415) 436-6915<br>FAX: (510) 637-3724 |
| 8 | chris.kaltsas2@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 4-22-mj-71251-MAG-2 |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO ADVANCE |
| v. | ) ) | STATUS CONFERENCE FROM JUNE 22, 2023<br>TO JUNE 21, 2023 |
| ZURI OZEOMACHUKWU NJOKU, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the United States and counsel for defendant Zuri Ozeomachukwu Njoku that the status conference regarding preliminary hearing currently set for June 22, 2023 be advanced one day to June 21, 2023 at 10:30 a.m. The parties agree that this date would better accommodate the parties' respective schedules, and would facilitate a meeting to discuss potential resolutions to the case. The parties agree that there is no need to exclude any time at this juncture because time has been excluded until June 22, 2023, per the Court's prior order.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

1 | IT IS SO STIPULATED.

2

3 | DATED:    June 15, 2023                    /s/
4 |                                          CHRIS KALTSAS
  |                                          Assistant United States Attorney

5

6 | DATED:    June 15, 2023                    /s/
  |                                          RANDY SUE POLLOCK
7 |                                          Counsel for Defendant Zuri Ozeomachukwu Njoku

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO ADVANCE STATUS AND ORDER
CASE NO. 4:22-mj-71251-MAG-2                                           V. 7/10/2018

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, IT IS HEREBY ORDERED that status conference currently set for June 22, 2023 be advanced to June 21, 2023.

IT IS SO ORDERED.

DATED:  June 15, 2023



_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge

STIPULATION TO ADVANCE STATUS AND ORDER
CASE NO. 4:22-mj-71251-MAG-2

V. 7/10/2018