RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ZURI OZEOMACHUKWU NJOKU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ZURI OZEOMACHUKWU NJOKU,<br><br>    Defendant. | 4:22-mj-71251-MAG-2<br><br>**ORDER AND STIPULATION TO CONTINUE STATUS CONFERENCE** |

    Defendant Zuri Ozeomachukwu Njoku, by and through her counsel of record Randy Sue Pollock, and Assistant United States Attorney Chris Kaltsas hereby request that the status conference set for October 13, 2023 be continued to December 12, 2023 at 10:30 a.m. and that time be excluded under Federal rule of Criminal Procedure 5.1 between those days.   Counsel are discussing resolution of this matter.

Date: October 11, 2023                                                             Respectfully submitted,

/s/
RANDY SUE POLLOCK
Counsel for ZURI NJOKU

Date:  October 11, 2023

/s/
CHRIS KALTSAS
Assistant United States
Attorney

STIPULATION TO CONTINUE STATUS CONFERENCE, UNITED STATES VS. NJOKU 22-MJ-71251-2          1

1  SO ORDERED:
2
3  Date: October  12, 2023



DONNA M. RYU
Chief Magistrate Judge