ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (415) 436-6915
    FAX: (510) 637-3724
    chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:22-mj-71251 MAG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE ON JANUARY 24, 2024 TO JANUARY 31. 2024 |
| v. | |
| ZURI OZEOMACHUKWU NJOKU, | |
| Defendant. | |

    It is hereby stipulated by and between counsel for the United States and counsel for defendant Zuri Ozeomachukwu Njoku that the status conference regarding preliminary hearing and arraignment currently set for January 24, 2024 be continued until January 31, 2024 at 10:30 a.m. and that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act between those two dates.

    At a status conference held on June 21, 2023, the government and counsel for the defendant agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery to be produced and because of the complexity of the case. The parties stipulate and agree that they are nearing an agreement

as to disposition. The parties agree that additional time is needed because the government is finalizing its offer pursuant to recent discussions with defense counsel, and defense counsel will need additional time to secure the approval of her client before the parties file a superseding charging document. Accordingly, the parties stipulate and agree that there is good cause to exclude time until January 31, 2024, namely, for allowing for the effective preparation of counsel. *See* Fed. R. Crim. P. 5.1(d); *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:   January 22, 2024

/s/
CHRIS KALTSAS
Assistant United States Attorney

DATED:   January 22, 2024

/s/
RANDY SUE POLLOCK
Counsel for Defendant Zuri Ozeomachukwu Njoku

# ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that continuing the status conference set for January 24, 2024 to January 31, 2024 and excluding that time from computation under Federal Rule of Criminal Procedure 5.1 would benefit counsel in reviewing discovery, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation for further proceedings. Fed. R. Crim. P. 5.1(d); *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time January 24, 2024 to January 31, 2024 shall be excluded from computation under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act.

IT IS SO ORDERED.

DATED: January 23, 2024

HONORABLE DONNA M. RYU
Cheif Magistrate Judge